1  STEVEN H. FRANKEL (State Bar No. 171919)
   SNR DENTON US LLP
2  525 Market Street, 26th Floor
   San Francisco, California  94105
3  Telephone:      (415) 882-5000
   Facsimile:      (415) 882-0300
4  Email:          steven.frankel@snrdenton.com

5

   Attorneys for Defendants
6  FLUSHMATE, a division of
   SLOAN VALVE COMPANY, and
7  GERBER PLUMBING FIXTURES, LLC

8  [Additional Counsel for the Parties listed on
   Signature Page]
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14 | EMILY WILLIAMS, on behalf of herself and all others similarly situated, | Case No. C-12-cv-004757-EMC |
| --- | --- |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER RE LIMITED STAY OF PROCEEDINGS |
| vs. | |
| FLUSHMATE, a division of SLOAN VALVE COMPANY, a Delaware corporation, GERBER PLUMBING FIXTURES, LLC, a Delaware corporation, and DOES 1-10, inclusive | |
| Defendants. | |

        Plaintiff Emily Williams ("Plaintiff") and Defendants Flushmate, a division of Sloan

Valve Company, and Gerber Plumbing Fixtures, LLC (collectively "Defendants") hereby

stipulate as follows:

        WHEREAS, on September 12, 2012, Plaintiff originally filed this action;

1        WHEREAS, October 9, 2012 is the current initial deadline for Defendants to answer or
2   otherwise respond to Plaintiff's Class Action Complaint in this action;
3        WHEREAS, there are related actions pending in the Central District of California,
4   *United Desert Charities, et al. v. Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("UDC
5   Action"), and in the Eastern District of California, *Ede v. Sloan Valve Company and Kohler Co.,*
6   Case No. 1:12-CV-01391-LJO-DLB ("Ede Action");
7        WHEREAS, on September 25, 2012, the parties met and conferred regarding Defendants
8   Flushmate and American Standard's contemplated motion to be filed on October 5, 2012 in the
9   UDC Action, pursuant to 28 U.S.C. § 1404, to transfer the UDC Action to the United States
10  District Court for the Eastern District of Michigan (the "Motion to Transfer");
11       WHEREAS, on September 28, 2012, Plaintiff's counsel advised Defendants' counsel
12  that they intended to file an amended complaint in the UDC Action on or before October 5,
13  2012, to include all claims asserted by Plaintiff Emily Williams in the instant action and all
14  claims asserted in the Ede Action;
15       WHEREAS, the parties stipulate and agree, subject to approval of the Court, that, in the
16  interest of judicial economy, all other proceedings in this action shall be stayed until November
17  12, 2012.  If Plaintiff has not sought to dismiss this action without prejudice upon expiration of
18  the stay on November 12, 2012, then Defendants shall have until November 26, 2012 within
19  which to move to dismiss this action.
20       THEREFORE, Plaintiff and Defendants stipulate and agree and respectfully request this
21  Court to stay all proceedings in this action until November 12, 2012.  If Plaintiff has not sought
22  to dismiss this action without prejudice upon expiration of the stay on November 12, 2012, then
23  Defendants shall have until November 26, 2012 within which to move to dismiss this action.
24  However, nothing herein shall foreclose a party from seeking relief from the stay on a showing
25  of good cause.
26  ///
27  ///
28

-2-
Case No.  C 12-cv-004757-EMC                STIPULATION AND [PROPOSED] ORDER TO
                                             RE LIMITED STAY OF PROCEEDINGS

| | | |
|---|---|---|
| 1 | Dated: October 5, 2012 | BIRKA-WHITE LAW OFFICES |

By:  */s/ David M. Birka-White*
  David M. Birka-White

  JOHN D. GREEN (State Bar No. 121498)
  jgreen@fbm.com
  Farella Braun & Martel LLP
  235 Montgomery Street, 17th Floor
  San Francisco, CA 94104
  Phone: (415) 954-4400 / Fax: (415) 954-4480

Attorneys for Plaintiff
Emily Williams

Dated: October 5, 2012            SNR DENTON US LLP


By     */s/ Steven H. Frankel*
  Steven H. Frankel

  ROBERT F. SCOULAR (State Bar # 085293)
  robert.scoular@snrdenton.com
  LEANNA M. ANDERSON (State Bar # 228271)
  leanna.anderson@snrdenton.com
  SNR DENTON US LLP
  601 S. Figueroa Street, Suite 2500
  Los Angeles, California  90017
  Phone: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendants
Flushmate, a division of Sloan Valve Company and
Gerber Plumbing Fixtures, LLC

1  **[PROPOSED] ORDER**

2    Pursuant to stipulation of the parties and for good cause shown,

3  IT IS SO ORDERED.

5  Dated: __October 9, 2012__          _____
                                            Edward M. Chen
6                                           United States District Judge