| | |
|---|---|
| 1 | STEVEN H. FRANKEL (State Bar No. 171919) |
| | SNR DENTON US LLP |
| 2 | 525 Market Street, 26th Floor |
| | San Francisco, California  94105 |
| 3 | Telephone:     (415) 882-5000 |
| | Facsimile:     (415) 882-0300 |
| 4 | Email:          steven.frankel@snrdenton.com |

Attorneys for Defendants
FLUSHMATE, a division of
SLOAN VALVE COMPANY, and
GERBER PLUMBING FIXTURES, LLC

[Additional Counsel for the Parties listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WILLIAMS, on behalf of herself and all others similarly situated, | Case No. C-12-cv-004757-EMC |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER RE LIMITED STAY OF PROCEEDINGS |
| vs. | |
| FLUSHMATE, a division of SLOAN VALVE COMPANY, a Delaware corporation, GERBER PLUMBING FIXTURES, LLC, a Delaware corporation, and DOES 1-10, inclusive | |
| Defendants. | |

   Plaintiff Emily Williams ("Plaintiff") and Defendants Flushmate, a division of Sloan Valve Company, and Gerber Plumbing Fixtures, LLC (collectively "Defendants") hereby stipulate as follows:

   WHEREAS, on September 12, 2012, Plaintiff originally filed this action;

1        WHEREAS, October 9, 2012 is the current initial deadline for Defendants to answer or otherwise respond to Plaintiff's Class Action Complaint in this action;

WHEREAS, there are related actions pending in the Central District of California, *United Desert Charities, et al. v. Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("UDC Action"), and in the Eastern District of California, *Ede v. Sloan Valve Company and Kohler Co.,* Case No. 1:12-CV-01391-LJO-DLB ("Ede Action");

WHEREAS, on September 25, 2012, the parties met and conferred regarding Defendants Flushmate and American Standard's contemplated motion to be filed on October 5, 2012 in the UDC Action, pursuant to 28 U.S.C. § 1404, to transfer the UDC Action to the United States District Court for the Eastern District of Michigan (the "Motion to Transfer");

WHEREAS, on September 28, 2012, Plaintiff's counsel advised Defendants' counsel that they intended to file an amended complaint in the UDC Action on or before October 5, 2012, to include all claims asserted by Plaintiff Emily Williams in the instant action and all claims asserted in the Ede Action;

WHEREAS, the parties stipulate and agree, subject to approval of the Court, that, in the interest of judicial economy, all other proceedings in this action shall be stayed until November 12, 2012.  If Plaintiff has not sought to dismiss this action without prejudice upon expiration of the stay on November 12, 2012, then Defendants shall have until November 26, 2012 within which to move to dismiss this action.

THEREFORE, Plaintiff and Defendants stipulate and agree and respectfully request this Court to stay all proceedings in this action until November 12, 2012.  If Plaintiff has not sought to dismiss this action without prejudice upon expiration of the stay on November 12, 2012, then Defendants shall have until November 26, 2012 within which to move to dismiss this action.  However, nothing herein shall foreclose a party from seeking relief from the stay on a showing of good cause.

///

///

| | | |
|---|---|---|
| 1 | Dated: October 5, 2012 | BIRKA-WHITE LAW OFFICES |
| 2 | | |
| 3 | | By: */s/ David M. Birka-White* |
| 4 | |   David M. Birka-White |
| 5 | |   JOHN D. GREEN (State Bar No. 121498) |
|   | |   jgreen@fbm.com |
| 6 | |   Farella Braun & Martel LLP |
|   | |   235 Montgomery Street, 17th Floor |
| 7 | |   San Francisco, CA 94104 |
|   | |   Phone: (415) 954-4400 / Fax: (415) 954-4480 |
| 8 | | |
|   | | Attorneys for Plaintiff |
| 9 | | Emily Williams |
| 10 | Dated: October 5, 2012 | SNR DENTON US LLP |
| 11 | | |
| 12 | | By    */s/ Steven H. Frankel* |
| 13 | |   Steven H. Frankel |
| 14 | |   ROBERT F. SCOULAR (State Bar # 085293) |
|    | |   robert.scoular@snrdenton.com |
| 15 | |   LEANNA M. ANDERSON (State Bar # 228271) |
|    | |   leanna.anderson@snrdenton.com |
| 16 | |   SNR DENTON US LLP |
|    | |   601 S. Figueroa Street, Suite 2500 |
| 17 | |   Los Angeles, California  90017 |
|    | |   Phone: (213) 623-9300 / Fax: (213) 623-9924 |
| 18 | | |
|    | | Attorneys for Defendants |
| 19 | | Flushmate, a division of Sloan Valve Company and |
| 20 | | Gerber Plumbing Fixtures, LLC |

-3-

Case No.  C 12-cv-004757-EMC                     STIPULATION AND [PROPOSED] ORDER TO
                                                 RE LIMITED STAY OF PROCEEDINGS

1 **[PROPOSED] ORDER**

2     Pursuant to stipulation of the parties and for good cause shown,

3 IT IS SO ORDERED.

5 Dated: October 9, 2012

                                            Edward M. Chen
                                     United States District Judge