DAVID M. BIRKA-WHITE (State Bar No. 85721)
dbw@birka-white.com
MINDY M. WONG (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for Plaintiff
EMILY WILLIAMS

[Additional Counsel for Parties Listed
on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WILLIAMS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLUSHMATE, a division of SLOAN VALVE COMPANY, a Delaware corporation, GERBER PLUMBING FIXTURES, LLC, a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-12-cv-004757-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

1    Plaintiff Emily Williams ("Plaintiff") and Defendants Flushmate, a division of Sloan
2    Valve Company, and Gerber Plumbing Fixtures, LLC (collectively "Defendants"), through their
3    respective counsel, hereby stipulate as follows:
4        WHEREAS, on September 12, 2012, Plaintiff originally filed this action;
5        WHEREAS, on October 9, 2012, the Court entered a limited stay of this action until
6    November 12, 2012 (Docket No. 14);
7        WHEREAS, on October 5, 2012, Plaintiff joined an action against Defendants arising
8    from the same facts in the Central District of California, *United Desert Charities, et al. v.*
9    *Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("*UDC* Action"), that had been originally
10   filed on August 9, 2012;
11       WHEREAS, Plaintiff's allegations against Defendants are included in the First Amended
12   Class Action Complaint filed in the *UDC* Action on October 5, 2012;
13       WHEREAS, Defendants have filed motions to dismiss and to transfer the *UDC* Action,
14   which motions Plaintiff opposes;
15       WHEREAS, the parties stipulate and agree, and hereby seek approval from this Court,
16   that, in the interest of judicial economy, this action be dismissed without prejudice because of the
17   first-filed *UDC* Action.
18       THEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this
19   action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). A proposed form of order is
20   attached hereto.
21   Dated: November 9, 2012        BIRKA-WHITE LAW OFFICES
22
23           By: */s/ David M. Birka-White*
24               David M. Birka-White
25           Attorney for Plaintiff
        Emily Williams
26
27
28

Case No. C 12-cv-004757-EMC     - 1 -     STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

Dated:  November 9, 2012          SNR DENTON US LLP


By: */s/ Steven H. Frankel*
    Steven H. Frankel

STEVEN H. FRANKEL (State Bar No. 171919)
steven.frankel@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Phone:  (415) 882-5000 / Fax: (415) 882-0300

ROBERT F. SCOULAR (State Bar No. 085293)
robert.scoular@snrdenton.com
LEANNA M. ANDERSON (State Bar No. 228271)
leanna.anderson@snrdenton.com
SNR DENTON US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Phone: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendants
Flushmate, a division of Sloan Valve Company
and Gerber Plumbing Fixtures, LLC

1065677.1

## **ORDER**

For good cause shown, the above-captioned action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2). This dismissal is without prejudice and has no effect on any related action.

IT IS SO ORDERED.

Dated: 11/13/12   _____

Edward M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*