DAVID M. BIRKA-WHITE (State Bar No. 85721)
dbw@birka-white.com
MINDY M. WONG (State Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for Plaintiff
EMILY WILLIAMS

[Additional Counsel for Parties Listed
on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WILLIAMS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLUSHMATE, a division of SLOAN VALVE COMPANY, a Delaware corporation, GERBER PLUMBING FIXTURES, LLC, a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-12-cv-004757-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

| | |
|---|---|
| 1 | Plaintiff Emily Williams ("Plaintiff") and Defendants Flushmate, a division of Sloan |
| 2 | Valve Company, and Gerber Plumbing Fixtures, LLC (collectively "Defendants"), through their |
| 3 | respective counsel, hereby stipulate as follows: |
| 4 | WHEREAS, on September 12, 2012, Plaintiff originally filed this action; |
| 5 | WHEREAS, on October 9, 2012, the Court entered a limited stay of this action until |
| 6 | November 12, 2012 (Docket No. 14); |
| 7 | WHEREAS, on October 5, 2012, Plaintiff joined an action against Defendants arising |
| 8 | from the same facts in the Central District of California, *United Desert Charities, et al. v.* |
| 9 | *Flushmate, et al.*, Case No. 12-cv-06878 SJO (SHx) ("*UDC* Action"), that had been originally |
| 10 | filed on August 9, 2012; |
| 11 | WHEREAS, Plaintiff's allegations against Defendants are included in the First Amended |
| 12 | Class Action Complaint filed in the *UDC* Action on October 5, 2012; |
| 13 | WHEREAS, Defendants have filed motions to dismiss and to transfer the *UDC* Action, |
| 14 | which motions Plaintiff opposes; |
| 15 | WHEREAS, the parties stipulate and agree, and hereby seek approval from this Court, |
| 16 | that, in the interest of judicial economy, this action be dismissed without prejudice because of the |
| 17 | first-filed *UDC* Action. |
| 18 | THEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this |
| 19 | action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). A proposed form of order is |
| 20 | attached hereto. |

Dated: November 9, 2012        BIRKA-WHITE LAW OFFICES


                               By: */s/ David M. Birka-White*
                                   David M. Birka-White

                               Attorney for Plaintiff
                               Emily Williams

| | | |
|---|---|---|
| Dated: November 9, 2012 | SNR DENTON US LLP | |

By: */s/ Steven H. Frankel*
　　Steven H. Frankel

STEVEN H. FRANKEL (State Bar No. 171919)
steven.frankel@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Phone: (415) 882-5000 / Fax: (415) 882-0300

ROBERT F. SCOULAR (State Bar No. 085293)
robert.scoular@snrdenton.com
LEANNA M. ANDERSON (State Bar No. 228271)
leanna.anderson@snrdenton.com
SNR DENTON US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Phone: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendants
Flushmate, a division of Sloan Valve Company
and Gerber Plumbing Fixtures, LLC

1065677.1

Case No. C 12-cv-004757-EMC　　　- 2 -　　　STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

# **ORDER**

For good cause shown, the above-captioned action is hereby DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2). This dismissal is without prejudice and has no effect on any related action.

IT IS SO ORDERED.

Dated: 11/13/12  _____

Edward M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*